**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-62988-CIV-DAMIAN**

**VICTOR NAHUM AYALA-GARCIA,**

Petitioner,

v.

**CHIEF BORDER PATROL AGENT, MIAMI SECTOR,**
**CUSTOMS AND BORDER PROTECTION (CBP);**
*et al,*

Respondents.
_______________________________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon Petitioner, Victor Nahum Ayala-Garcia's, Notice of Voluntary Dismissal of Petition for Writ of Habeas Corpus Without Prejudice, filed November 5, 2026. [ECF No. 4].

THE COURT, having reviewed the Notice of Voluntary Dismissal and being fully advised, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**. Any pending motions are **DENIED AS MOOT**. Any previously set deadlines and hearings are **TERMINATED**.

The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 12th day of November, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**